BEFORE THE ALASKA BAR ASSOCIATION

DISCIPLINARY BOARD

| | |
|---|---|
| In the Disciplinary Matter Involving<br><br>PHILLIP P. WEIDNER,<br><br>    Respondent. | ALASKA BAR ASSOCIATION<br>Filed and Entered on<br><br>SEP 08 2017<br><br>Pursuant to the Rules of<br>Disciplinary Enforcement<br>Received By _____ |

ABA Member No. 7305032
ABA File No. 2011D039
Supreme Court No. S-15038

### DISCIPLINARY BOARD IMPOSITION OF PUBLIC REPRIMAND

On September 7, 2017, the Board of Governors voted 6-3 to accept the recommendation of Special Bar Counsel to issue a public reprimand to Phillip Weidner pursuant to Bar Rule 16(a)(5). The Board voted to impose a $2,500 fee to cover the costs of discipline.

DATED this ___8___ day of September, 2017 at Anchorage, Alaska.

_____
Darrel J. Gardner
President, Disciplinary Board

G:\Ds\DCASE\2011\2011D039 Weidner\PFFH on Remand-DISC BD\DISC BD\SANCTIONS HEARING\DISC BOARD ORDER-PubRep.doc

ALASKA BAR ASSOCIATION
BOX 100279
ANCHORAGE, ALASKA
99510

(907) 272-7469
FAX (907) 272-2932

ALASKA BAR ASSOCIATION
BOX 100279
ANCHORAGE, ALASKA
99510
(907) 272-7469
FAX (907) 272-2932

BEFORE THE ALASKA BAR ASSOCIATION

DISCIPLINARY BOARD

| | |
|---|---|
| In the Disciplinary Matter Involving<br><br>PHILLIP P. WEIDNER,<br><br>Respondent. | ALASKA BAR ASSOCIATION<br>Filed and Entered on<br><br>JAN 27 2017<br><br>Pursuant to the Rules of Disciplinary Enforcement<br>Received By _____ |

ABA Member No. 7305032
ABA File No. 2011D039
Supreme Court No. S-15038

### FINDINGS, CONCLUSIONS AND RECOMMENDATION OF DISCIPLINARY BOARD

This disciplinary matter came before the Disciplinary Board of the Alaska Bar Association on January 27, 2017. The Board, having considered the area hearing committee Recommendation on Remand and Dissent to Area Hearing Committee Recommendation on Remand, filed October 3, 2016, hereby

Adopts the legal findings of fact of the Recommendation, and adopts the conclusions of law up through paragraph 12. However, the majority of the Board comes to a different conclusion. The Board finds Mr. Weidner violated Rule 3.3. While the board believes Mr. Weidner made efforts to speak with his clients after viewing the video, the

Findings, Conclusions & Recommendation of Disciplinary Board
*In the Disciplinary Matter Involving Phillip Paul Weidner,*
ABA File No. 2011D039

Page 1 of 2

majority of the Board has determined his actions after that were not timely or reasonable measures to remedy the false information to the court. The Board will set a sanctions hearing for the September Board meeting.

DATED this 27th day of January, 2017 at Anchorage, Alaska.

SUSAN COX
President Disciplinary Board

G:\Ds\DCASE\2011\2011D039 Weidner\PFFH on Remand\DISC BD\Order.doc

Findings, Conclusions & Recommendation of Disciplinary Board
In the Disciplinary Matter Involving Phillip Paul Weidner,　　　Page 2 of 2
ABA File No. 2011D039

ALASKA BAR
ASSOCIATION
BOX 100279
ANCHORAGE, ALASKA
99510

(907) 272-7469
FAX (907) 272-2932

Case 3:18-mc-00001-TMB   Document 1   Filed 01/02/18   Page 3 of 3